```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0202--CV (RRB)
              "DONNITA BURKS V BOLSHIO MISHA INC ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/22/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Waived
           Trial by: Jury
```

Parties of Record:                        Counsel of Record:

PLF 1.1           BURKS, DONNITA          Jerald L. Marcey
                                          James B. Wright & Associates
                                          500 L Street # 301
                                          Anchorage, AK 99501
                                          907-277-6175
                                          FAX 907-277-6181

DEF 1.1           BOLSHIO MISHA INC       Kenneth M. Gutsch
                                          Richmond & Quinn
                                          360 K Street, Suite 200
                                          Anchorage, AK 99501
                                          907-276-5727
                                          FAX 907-276-2953

3PP 1.1                                   Kenneth M. Gutsch
                                          (see above)

3DF 1.1           UNITED STATES OF AMERICA  Susan J. Lindquist
                                          U.S. Attorney's Office
                                          222 W. 7th Avenue, #9
                                          Anchorage, AK 99513-7567
                                          907-271-5071

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A05-0202--CV (RRB)
         "DONNITA BURKS V BOLSHIO MISHA INC ET AL"

                      For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/22/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (360) Other personal injury

          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Waived
        Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 08/22/05 | 3DF 1 Notice of Removal from Superior Court case no. 3AN-04-12415CI w/att exh. |
| 2 - | 1 | 08/24/05 | RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/crt w/i 10 days copies of state crt docs and svc list. cc: cnsl |
| 3 - | 1 | 08/25/05 | AMENDED RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/i 10 days cy of state crt docs and svc list. cc: cnsl |
| 4 - | 1 | 09/12/05 | 3DF 1 Service List. |
| 5 - | 1 | 09/13/05 | 3DF 1 Notice of compliance w/att exhs. |
| 5 - | 2 | 09/13/05 | PLF 1 Jury Demand. |
| 6 - | 1 | 09/14/05 | DEF 1 Notice of filing second amended answer to complaint & third-party complaint. |
| 7 - | 1 | 09/14/05 | DEF 1 Answer (Second Amended). |
| 7 - | 2 | 09/14/05 | 3PP 1 Complaint (Third-party). |
| 8 - | 1 | 09/29/05 | 3DF 1 Answer to Second Amended Third-party Complaint. |
| 9 - | 1 | 10/03/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - | 1 | 10/24/05 | DEF 1 Notice pursuant to FRCP 7.1. |
| 11 - | 1 | 10/31/05 | PLF 1; DEF 1; 3PP 1; 3DF 1 Scheduling & Planning Conference Report. |
| 12 - | 1 | 11/04/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 09/15/06; Dispositive motions deadline 10/16/06; Estimate of trial 5 days. cc: cnsl |
| 13 - | 1 | 11/21/05 | 3DF 1 motion [12(b)6] to establish there is no jurisdiction to grant plaintiff a money judgment against the United States for any apportioned |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0202--CV (RRB)
                     "DONNITA BURKS V BOLSHIO MISHA INC ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | damages w/att exh. |