Jerald L. Marcey
James B. Wright & Associates, PC
500 L Street, Suite 301
Anchorage, Alaska 99501
(907) 277-6175

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 3: 14

PD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS,<br>    Plaintiff,<br><br>v.<br><br>BOLSHIO MISHA, INC.,<br>    Defendant & Third Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Third-Party Defendant. | Case No. A05-0202 CV (RRB)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff Donnita Burks moves for an extension of time to file her Opposition to the United States' 12(b)(6) Motion to Establish There is No Jurisdiction to Grant Plaintiff a Money Judgment Against the United States for Any Apportioned Damages. Plaintiff requests that she be allowed an additional 10 days to file her opposition to the motion to allow her and Defendant Bolshio to proceed with settlement negotiations recently initiated on behalf of Bolshio. Plaintiff's opposition would then be due on or before December 19, 2005. Plaintiff has

<u>Burks v Bolshio Misha, Inc. v US</u>, Case No. A05-0202 CV (RRB)
Plaintiff's Unopposed Motion for Extension of Time
Page 1 of 2

14

discussed this request with Mr. Ken Gutsch, attorney for Bolshio, and Richard Pomeroy, U.S. Attorney[1], and they have indicated they do not oppose this motion. Mr. Pomeroy has requested that the United States' time for filing its reply be extended until December 30, 2005 due to the intervening holidays. Plaintiff agrees to that request.

Respectfully submitted this 7th day of December 2005.

JAMES B. WRIGHT & ASSOCIATES, P.C.
Attorneys for Plaintiff Donnita Burks

Jerald L. Marcey, Alaska Bar No. 0111070

**CERTIFICATE OF SERVICE:**
The undersigned hereby certifies that on this 7 day of December 2005 a true and correct copy of the foregoing was mailed to:

Kenneth Gutsch
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave. # 9, C-253
Anchorage, Alaska 99513-7567

Kimberly Bakic

**FILED**

DEC 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PO _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-8-05 By: _____
Deputy Clerk

---

[1] Mr. Pomeroy spoke on behalf of Susan Lindquist, the U.S. Attorney assigned to this matter as she is traveling out of state and is unavailable until after December 9, 2005.

Burks v Bolshio Misha, Inc. v US, Case No. A05-0202 CV (RRB)
Plaintiff's Unopposed Motion for Extension of Time
Page 2 of 2    PD 12-9-05

A05-0202--CV (RRB)
----------------------------------------
K. GUTSCH (RICHMOND)
S. LINDQUIST (US-ATTY)
J. MARCEY

James B. Wright & Associates, P.C.
500 L Street, Suite 301
Anchorage, Alaska 99501
Tel: (907) 277-6175
Fax: (907) 277-6181