FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 3: 17

Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, AK 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BOLSHIO MISHA, INC.,  )<br>  )<br>      Defendant.  )<br>_____  )<br>  )<br>BOLSHIO MISHA, INC.,  )<br>  )<br>      Third Party Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>      Third Party Defendant.  )<br>  )  | Case No. A05-0202CV (RRB) |

**BOLSHIO MISHA INC.'S RESPONSE TO U.S. 12(b)(6) MOTION**

COMES NOW, Bolshio Misha Inc., and hereby responds to the United States' motion for ruling of law that the

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

16

plaintiff may not recover any money judgment against the United States.

The United States' motion pertains to the discrete issue of whether plaintiff can recover any money judgment against the United States, as a third-party defendant. The United States "is not contesting Defendant's right to bring a third-party claim."

The U.S.' motion concedes that fault may be apportioned to the United States, but contends that because plaintiff has not complied with the jurisdictional requirements of filing an administrative claim within two years of the accident, plaintiff cannot recover any money judgment against the U.S.P.S.

Bolshio Misha, Inc. takes no position with regard to the U.S.' motion.

DATED this _20th_ day of December, 2005 at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
Bolshio Misha, Inc.

By: _/s/ K. Gutsch_
Kenneth M. Gutsch
Alaska Bar No. 8811186

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

BOLSHIO MISHA INC.'S RESPONSE TO U.S. 12(b)(6) MOTION
*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ~20~ day of December, 2005 on:

Jerald L. Marcey, Esq.
James B. Wright & Associates, P.C.
500 L Street, Suite 301
Anchorage, AK 99501

Susan J. Lindquist, Esq.
Federal Building & US Courthouse
222 W. 7th Avenue, #9, Rm 253
Anchorage, AK 99501

_____
RICHMOND & QUINN
108\510\Pld\Response to 12(b)(6) Motion

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

BOLSHIO MISHA INC.'S RESPONSE TO U.S. 12(b)(6) MOTION
*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 3