FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 PM 4: 13

Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, AK 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLSHIO MISHA, INC., ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> BOLSHIO MISHA, INC., ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Third Party Defendant. ) <br> ) | Case No. A05-0202CV (RRB) |

**BOLSHIO MISHA, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO UNITED STATES' MOTION FOR RULING OF LAW THAT PLAINTIFF MAY NOT RECOVER A MONEY JUDGMENT FROM THE UNITED STATES**

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

COMES NOW Bolshio Misha, Inc., and hereby responds to plaintiff's opposition to the United States' 12(b)(6) motion.

Plaintiff's opposition overstates the scope of United States' motion.

The United States' motion only asks for a ruling of law that the plaintiff may not recover a money judgment against the United States because of the statute of limitations.

Plaintiff makes assertions in their opposition that if the lease is determined to be unauthorized, the U.S. Post Office cannot be apportioned fault.

The United States' motion does not ask for the court to rule on the issue. However, it would be incorrect for this court to rule that as a matter of law, the U.S. Post Office had no obligation to the public/customers which it invited to the premises it rented from the mall.

On the contrary, the Alaska law makes clear that an occupier of land may be held liable for unsafe conditions on the land occupied.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

BOLSHIO MISHA, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO UNITED STATES' MOTION FOR RULING OF LAW THAT PLAINTIFF MAY NOT RECOVER A MONEY JUDGMENT FROM THE UNITED STATES

*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 2

Plaintiff herself testified that the U.S. Post Office employee was aware of an unsafe condition prior to the accident.

Further, to the extent the lease is deemed to be unauthorized, that would not mean that the Post Office could not be apportioned fault for its Postmaster's conduct in representing to Bolshio Misha, Inc. that it would take responsibility for maintenance of the ice and snow in front of the rental unit.

Plaintiff further suggests that the U.S. Post Office unit was separated by a "foyer."

To clarify, it would be more accurate to say that the entranceway to the Post Office had an arctic entry with a stairway leading up to private offices that did not invite use of the public.

Ms. Burks' affidavit suggests to the court that a heating system had been installed prior to her accident. On the contrary, the attached interrogatory response from Bolshio Misha, Inc.'s president Richard Stryken evidences that the installation of the heating coils under the sidewalk had not

BOLSHIO MISHA, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO UNITED STATES'
MOTION FOR RULING OF LAW THAT PLAINTIFF MAY NOT RECOVER A MONEY JUDGMENT
FROM THE UNITED STATES

*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 3

yet been completed and made operable until November 2003 - a year after the accident.

DATED this 27th day of December, 2005 at Anchorage, Alaska.

RICHMOND & QUINN<br>
Attorneys for Defendant<br>
Bolshio Misha, Inc.

By: _____
Kenneth M. Gutsch
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 27th day of December, 2005 on:

Jerald L. Marcey, Esq.
James B. Wright & Associates, P.C.
500 L Street, Suite 301
Anchorage, AK 99501

Susan J. Lindquist, Esq.
Federal Building & US Courthouse
222 W. 7th Avenue, #9, Rm 253
Anchorage, AK 99501

_____
RICHMOND & QUINN
108\510\Pld\Reply to Opp re Ruling of Law

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

BOLSHIO MISHA, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO UNITED STATES' MOTION FOR RULING OF LAW THAT PLAINTIFF MAY NOT RECOVER A MONEY JUDGMENT FROM THE UNITED STATES

*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 4