TIMOTHY M. BURGESS
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS,<br>　　　　Plaintiff,<br><br>　v.<br><br>BOLSHIO MISHA, INC.,<br>　　Defendant & Third Party Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Third-Party Defendant. | Case No. A05-0202 CV (RRB)<br><br>**THIRD-PARTY DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF** |

　　The Third-Party Defendant, the United States, through counsel, hereby moves, unopposed, for an extension of time until January 20, 2006, to file its Reply to Opposition of United States' 12(b)6 Motion to Establish There is No Jurisdiction to Grant Plaintiff a Money Judgment Against the United States for any

Apportioned Damages in this matter.

Counsels for Plaintiff and Defendant were contacted and indicated that they do not oppose this request.

Respectfully submitted this 30th day of December, 2005.

                              TIMOTHY M. BURGESS
                              United States Attorney

                              /s/ Susan Lindquist
                              SUSAN LINDQUIST
                              Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the Unopposed Motion for Extension of Time to the following counsel via U. S. Mail:

Jerry Marcey, Esq.
James B. Wright & Associates
500 L Street, Suite 301
Anchorage, AK 99501
Fax: 277-6181

Kenneth M. Gutsch, Esq.
360 K Street, Suite 200
Anchorage, AK, 99501
Fax: 276-2953

Executed at Anchorage, Alaska, on December 30, 2005.

/s/ Joy McCulloch
Office of the U.S. Attorney