LODGED
DEC 3 0 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS,<br>　　　　Plaintiff,<br><br>v.<br><br>BOLSHIO MISHA, INC.,<br>　　Defendant & Third Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Third-Party Defendant. | Case No. A05-0202 CV (RRB)<br><br>**ORDER GRANTING**<br><br>**THIRD-PARTY DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF** |

The Third-Party Defendant, the United States, through counsel, moved unopposed, for an extension of time until **January 20, 2006**, to file its Reply to Opposition of United States' 12(b)6 Motion to Establish There is No Jurisdiction to Grant Plaintiff a Money Judgment Against the United States for any Apportioned Damages in this matter. The motion is granted.

Dated: 1/4/06

Ralph R. Beistline
United States District Court Judge