Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, AK 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOLSHIO MISHA, INC.,<br><br>　　　　Defendant.<br>――――――――――――――――――<br>BOLSHIO MISHA, INC.,<br><br>　　　Third Party Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Third Party Defendant. | Case No. A05-0202CV (RRB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1),

stipulate to the dismissal of the above-captioned case with prejudice, each side to bear their own costs and attorney fees.

JAMES B. WRIGHT & ASSOCIATES, P.C.
Attorneys for Plaintiff
Donnita Burks

DATED: 1/19/2006

_____
Jerald L. Marcey
ABA No. 0111070

OFFICE OF U.S. ATTORNEY
Attorneys for Plaintiff
The United States Post Office

DATED: 1-19-06

_____
Susan J. Lindquist
ABA No. 9008053

RICHMOND & QUINN
Attorneys for Defendant
Bolshio Misha, Inc.

DATED: 1-19-06

_____
Kenneth M. Gutsch
Alaska Bar No. 8811186

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 2