Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, AK 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNITA BURKS, | ) |
| Plaintiff, | ) |
| v. | ) |
| BOLSHIO MISHA, INC., | ) |
| Defendant. | ) Case No. A05-0202CV (RRB) |
| BOLSHIO MISHA, INC., | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Third Party Defendant. | ) |

## SATISFACTION OF JUDGMENT

COMES NOW plaintiff and hereby notifies the court that defendant Bolshio Misha, Inc.'s offer of judgment has

been accepted and that Bolshio Misha, Inc. has satisfied the judgment.

JAMES B. WRIGHT &
ASSOCIATES, P.C.
Attorneys for Plaintiff
Donnita Burks

DATED: 1/19/2006

_____
Jerald L. Marcey
ABA No. 0111070

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ____ day of January, 2006 on:

Jerald L. Marcey, Esq.
James B. Wright & Associates, P.C.
500 L Street, Suite 301
Anchorage, AK 99501

Susan J. Lindquist, Esq.
Federal Building & US Courthouse
222 W. 7th Avenue, #9, Rm 253
Anchorage, AK 99501

_____
RICHMOND & QUINN

108\510\Pld\Satisfaction of Judgment

SATISFACTION OF JUDGMENT
*Burks v. Bolshio Misha, Inc.*, Case No. 3AN-04-12415 CI
Page 2