**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 DONNITA BURKS   v.   BOLISHIO MISHA INC, et al 

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                             CASE NO.  3:05-CV-00202-RRB 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 31, 2006

    The parties Stipulation for Dismissal with Prejudice filed at Docket 20 is GRANTED.

[]{IA.WPD*Rev.12/96}